AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

_____U S_____ )
Plaintiff )
v. )   Case No.
__Luigi Mangione__ )
Defendant )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

_____Luigi Mangione_____

Date: 12/19/24

Attorney's signature: Karen Agnifilo

Printed name and bar number: Agnifilo Intrater
Address: 445 Park Ave, NY NY 10022
E-mail address: karen@ajlawnyc.com
Telephone number: 917 914 3361
FAX number: