AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

_____US_____
Plaintiff

v.

_____Luigi Mangione_____
Defendant

Case No.

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

_____Luigi Mangione_____

Date: 12/19/24

_____[signature]_____
Attorney's signature

Marc Agnifilo
Printed name and bar number
NY 2476182

Agnifilo Intrater LLP
Address
445 Park Ave. NY NY 10022

marc@agilawgroup.com
E-mail address

917.399.9742
Telephone number

_____
FAX number