

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th floor*
*New York, New York 10278*

April 30, 2025

**BY ECF**
The Honorable Margaret M. Garnett
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Luigi Nicholas Mangione*, 25 Cr. 176 (MMG)

Dear Judge Garnett:

     The Government writes to amend yesterday's letter describing the handling of a recorded jail call between the defendant and counsel. The earlier letter stated that a DANY paralegal recognized the call as an attorney-client communication and immediately stopped listening. In fact, the paralegal listened to the entire call, then subsequently informed DANY prosecutors about the identities of the people with whom the defendant spoke. DANY thereafter handled the matter as described in our previous letter. Moreover, DANY notified defense counsel of these facts in an email, dated April 22, 2025, thus, counsel was aware of this information prior to arraignment.

     The Government also writes to inform the Court that United States Attorney for the Southern District of New York, Jay Clayton, is recused from this matter. Pursuant to 28 U.S.C. § 515, Criminal Division Chief Perry Carbone is acting as Attorney for the United States in this case. Per the Court's instruction, the Government has notified Mr. Carbone of the Court's admonition regarding Local Criminal Rule 23.1. Mr. Carbone has conveyed the same to the Office of the Deputy Attorney General, which confirmed that it will in turn notify the Attorney General.

     Respectfully submitted,

PERRY CARBONE
Attorney for the United States
Acting Under Authority Conferred by
28 U.S.C. § 515

By:     /s/
Dominic A. Gentile / Jun Xiang
Alexandra Messiter / Thomas John Wright
Assistant United States Attorneys
Tel.: (212) 637-2200

cc: Counsel of Record (Via ECF)