# AGNIFILO
# INTRATER

---

August 1, 2025

> Request GRANTED. The MDC is hereby ORDERED to provide Mr. Mangione with the laptop prepared by the Government, with access to it seven days a week from 8:00 am to 4:00 pm. If the access needs modification for operational or security reasons, MDC officials may request such modification through the Government. The Clerk of Court is respectfully directed to terminate Dkt. No. 43. SO ORDERED.
> Dated: August 4, 2025

VIA ECF
The Honorable Margaret M. Garnett
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *United States v. Mangione*, 25 Cr. 176 (MMG)

Dear Judge Garnett:

We write on behalf of our client, Luigi Mangione, who is facing the death penalty in the above-referenced case. To date, the government has provided counsel with nearly 7 TBs of discovery, including body-worn camera footage and other videos. To adequately prepare for trial and assist in his own defense, Mr. Mangione requires access to his discovery on a laptop at the MDC. Accordingly, counsel will provide a laptop to an outside vendor who will disable the laptop's connections to the internet, printers and wireless networks in compliance with the MDC's regulations. The laptop will then be provided to the government to upload all non-sensitive discovery before the laptop is sent to the MDC. With the consent of the government, counsel respectfully requests that this Court direct the MDC to provide Mr. Mangione with the laptop prepared for him by the government. In addition, given the volume of discovery, we request that the Court also direct the MDC to allow Mr. Mangione access to the laptop seven days a week from 8:00 am to 4:00 pm, consistent with the way the MDC allows other inmates access to their discovery laptops.

Respectfully,

Karen Friedman Agnifilo
Marc Agnifilo
Jacob Kaplan
*Counsel for Luigi Mangione*

cc: Government Counsel (via ECF)