# AGNIFILO
# INTRATER

September 18, 2025

By ECF
The Honorable Margaret M. Garnett
U.S. District Judge
Southern District of New York
40 Foley Square
New York, N.Y. 10007

Request GRANTED. The Clerk of Court is respectfully directed to terminate Dkt. No. 49. SO ORDERED.

Dated: 9/18/2025

Re: *United States v. Mangione*, 25 Cr. 176 (MMG)

Dear Judge Garnett:

On Friday, September 19, 2025, counsel will be filing motions on behalf of Mr. Mangione challenging the constitutionality of the death penalty in this case. Although this Court's individual rules limit memoranda of law to 8,750 words, counsel respectfully requests permission to file an oversized brief so that counsel can adequately address the various constitutional issues surrounding the death penalty in general and as specifically applied to Mr. Mangione. Given that the motion addresses numerous constitutional issues, counsel expects the brief to be approximately 31,500 words (i.e., approximately 95 pages).

We have spoken with the government, and they have chosen not to object to our request. Thank you for your consideration.

Respectfully submitted,

Karen Friedman Agnifilo
Marc Agnifilo
Jacob Kaplan

cc:  Gov't Counsel (via ECF)
     Moskowitz Colson Ginsberg & Schulman (via ECF)