# EXHIBIT 1



PRESS RELEASE

# Attorney General Pamela Bondi Directs Prosecutors to Seek Death Penalty for Luigi Mangione

Tuesday, April 1, 2025

**For Immediate Release**

Office of Public Affairs

Today, Attorney General Pamela Bondi released the following statement:

"Luigi Mangione's murder of Brian Thompson — an innocent man and father of two young children — was a premeditated, cold-blooded assassination that shocked America. After careful consideration, I have directed federal prosecutors to seek the death penalty in this case as we carry out President Trump's agenda to stop violent crime and Make America Safe Again."

- As alleged, Luigi Mangione stalked and murdered UnitedHealthcare executive Brian Thompson on Dec. 4, 2024. The murder was an act of political violence. Mangione's actions involved substantial planning and premeditation and because the murder took place in public with bystanders nearby, may have posed grave risk of death to additional persons.

- Following federal murder charges handed down on Dec. 19, 2024, Attorney General Bondi has now directed Acting U.S. Attorney Matthew Podolsky to seek the death penalty in this case.

- This is in line with Attorney General Bondi's Day One Memo as Attorney General entitled *Reviving The Federal Death Penalty And Lifting The Moratorium On Federal Executions*

*Updated April 1, 2025*