UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LUIGI NICHOLAS MANGIONE,<br><br>Defendant. | **DECLARATION OF<br>SEAN S. BUCKLEY**<br><br>25 Cr. 176 (MMG) |

STATE OF NEW YORK          )
COUNTY OF NEW YORK         : SS.:
SOUTHERN DISTRICT OF NEW YORK )

SEAN S. BUCKLEY, pursuant to Title 28, United States Code, Section 1746, hereby declares under penalty of perjury:

1. I am the Deputy United States Attorney for the Southern District of New York and appear in this matter as Attorney for the United States, pursuant to authority conferred by 28 U.S.C. § 528.

2. I respectfully submit this declaration in response to the Court's September 24, 2025 Order.

3. I have personally communicated the Court's September 24 Order, including its admonition that future violations may result in sanctions, which could include financial penalties, contempt of court findings, or relief to the prosecution of this matter to the Deputy Attorney General.[1]

---

[1] The instructions the Court issued during the April 25, 2025 conference were also communicated to the Deputy Attorney General's Office on April 26, 2025.

4. As explained in the accompanying letter, the Government respectfully submits that the social media reposts at issue—made by Department of Justice employees who are not associated with this prosecution—are not subject to Local Rule 23.1.

5. Based on my conversations with personnel within the Deputy Attorney General's Office, I understand the following: (i) the DOJ personnel who reposted the information were not aware of the Court's prior admonitions; (ii) upon becoming aware of the reposted statements, the Department promptly directed that the posts be removed; and (iii) the individuals who reposted on social media now have been informed of the admonitions in the Court's most recent Order regarding public statements by DOJ personnel in connection with this matter.

6. This Office and the prosecution team remain mindful of our obligations under Rule 23.1, as well as the obligations of our agency partners on this case, and others over whom we have supervision. As this Office has done throughout the pendency of this case, we will continue to comply with Rule 23.1 at all times.

Dated: New York, New York
October 8, 2025

_____
SEAN S. BUCKLEY
Attorney for the United States
Acting Under Authority Conferred by
28 U.S.C. § 528