# AGNIFILO
# INTRATER

October 9, 2025

By ECF
The Honorable Margaret M. Garnett
U.S. District Judge
Southern District of New York
40 Foley Square
New York, N.Y. 10007

Request GRANTED. The Clerk of Court is respectfully directed to terminate Dkt. No. 57. SO ORDERED.

Dated: October 9, 2025

Re: *United States v. Mangione*, 25 Cr. 176 (MMG)

Dear Judge Garnett:

    On Friday, October 10, 2025, counsel will be filing an omnibus motion that will include a motion to dismiss and a suppression motion. Although this Court's individual rules limit memoranda of law to 8,750 words, counsel respectfully requests permission to file an oversized brief so that counsel can adequately address these various issues in one omnibus motion. Given that the motion addresses several issues, counsel expects the brief to be approximately 15,000 words (*i.e.*, approximately 50 pages).

    We have spoken with the government, and they have no objection to our request. Thank you for your consideration.

Respectfully submitted,

Karen Friedman Agnifilo
Marc Agnifilo
Jacob Kaplan

cc:     Gov't Counsel (via ECF)
       Moskowitz Colson Ginsberg & Schulman (via ECF)