UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA

                v.

LUIGI MANGIONE,

                Defendant.
-------------------------------------------------------X

**NOTICE OF MOTIONS**

25 Cr. 176 (MMG)

      PLEASE TAKE NOTICE, that upon the attached affirmation, Memorandum of Law and exhibits, the undersigned will move this Court, on December 5, 2025, for the following Orders:

(1)     Dismissal of Counts Three and Four of the indictment for failure to state an offense under 18 U.S.C. § 924(j) and 18 U.S.C. § 924(c);

(2)     Suppression of the evidence the government recovered through a warrantless search of Mr. Mangione's backpack; and

(3)     Suppression of Mr. Mangione's statements to law enforcement that were the result of custodial interrogation without *Miranda* warnings.

Dated: October 10, 2025
       New York, NY

                                              Respectfully submitted,

                                              Karen Friedman Agnifilo
                                              AGNIFILO INTRATER LLP
                                              140 Broadway, Suite 2450
                                              New York, NY 10005