# AGNIFILO INTRATER

October 14, 2025

**VIA ECF**
The Honorable Margaret M. Garnett
U.S. District Judge
Southern District of New York
40 Foley Square
New York, N.Y. 10007

    Re: *United States v. Mangione*, 25 Cr. 176 (MMG)

Dear Judge Garnett:

    Pursuant to this Court's September 24, 2025, Order, the government submitted a letter on October 8, 2025, addressing whether certain statements made by Department of Justice personnel violated Local Criminal Rule 23.1. We respectfully request that this Court allow counsel until this Thursday, October 16, 2025, to file a brief reply to the government's letter.

    Thank you for your consideration.

                                                  Respectfully submitted,

                                                 Karen Friedman Agnifilo
                                                 Marc Agnifilo
                                                 Jacob Kaplan

cc:    Gov't counsel (via ECF)
       Moskowitz Colson Ginsberg & Schulman (via ECF)