

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th floor*
*New York, New York 10278*

October 14, 2025

<u>VIA ECF</u>

Honorable Margaret M. Garnett
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Luigi Nicholas Mangione*, 25 Cr. 176 (MMG)

Dear Judge Garnett:

    The Government respectfully writes to request an extension of time to respond to the defendant's pending motions seeking dismissal of the indictment, challenging the constitutionality of the death penalty, and seeking dismissal of certain counts and suppression of certain evidence and statements.

    The Government's current response date for the defendant's motions challenging the death penalty is October 31, 2025, and its response date for the motions not related to the death penalty is November 14, 2025. In the interest of efficiency and judicial economy, the Government seeks to consolidate its responses and respectfully requests an extension of time to November 21, 2025, to respond to all of the defendant's motions. This is the Government's first request for an extension of time with respect to these motions, and the defense does not object. Notwithstanding this request, the parties remain available to appear before the Court on December 5, 2025, as scheduled, or at any other time the Court may deem appropriate.

Request GRANTED. The Government shall file one consolidated brief due by November 21, 2025, and the Defendant's consolidated reply is due by December 12, 2025. The status conference scheduled for December 5, 2025, is adjourned to **Friday, January 9, 2026, at 11:00 a.m.** Time from December 5 to January 9 excluded from the Speedy Trial Clock pursuant to 18 U.S.C. 3161(h)(1)(D). SO ORDERED.

Dated: 10/15/2025

Respectfully submitted,

SEAN S. BUCKLEY
Attorney for the United States Attorney
Acting Under Authority Conferred by
28 U.S.C. § 515

By:    /s/
Dominic A. Gentile / Jun Xiang
Alexandra Messiter / Thomas John Wright
Assistant United States Attorneys
(212) 637-2200

cc: Counsel of Record (Via ECF)