# AGNIFILO INTRATER

November 18, 2025

**Via ECF and Email**
The Honorable Margaret M. Garnett
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    *United States v. Mangione,* 25 Cr. 176 (MMG)

Dear Judge Garnett:

      On September 16, 2025, the Honorable Gregory Carro scheduled suppression hearings in Mr. Mangione's concurrent state case for December 1, 2025. These hearings are expected to last several days. Mr. Mangione (Inmate Register # 52503-511) is currently housed in the Metropolitan Detention Center ("MDC") in Brooklyn and does not have civilian clothes to wear for the hearings. We therefore request—without objection from Judge Carro or the government—that this Court order the Bureau of Prisons and the MDC to accept the following hearing clothing for Mr. Mangione:

- 2 suits;
- 3 shirts;
- 3 sweaters;
- 3 pairs of pants;
- 5 pairs of socks; and
- 1 pair of shoes (without laces)

      For convenience, we have attached a proposed Order for the Court.

Respectfully submitted,

_____
Karen Friedman Agnifilo
AGNIFILO INTRATER LLP
140 Broadway, Ste. 2450
New York, NY 10005

cc:      All counsel (by ECF)