UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————X

UNITED STATES OF AMERICA

          v.

LUIGI MANGIONE,

          Defendant

———————————————————X

25 Cr. 176

ORDER

Upon the request of the defendant, LUIGI MANGIONE, by his counsel, Karen Friedman Agnifilo, it is hereby

**ORDERED**, that the Bureau of Prisons and the Metropolitan Detention Center ("MDC") accept the following clothing for Luigi Mangione, inmate number 52503-511, in advance of, and during, his suppression hearings scheduled to begin in state court on Monday, December 1, 2025:

- 2 suits;
- 3 shirts;
- 3 sweaters;
- 3 pairs of pants;
- 5 pairs of socks; and
- 1 pair of shoes (without laces)

**IT IS FURTHER ORDERED** that the MDC permit Mr. Mangione to wear such clothing and be transported to court wearing such clothing on December 1, 2025, and any date thereafter until the suppression hearings are concluded.

Dated: November __, 2025

                                                        _____
                                                         Hon. Margaret M. Garnett
                                                        United States District Judge
                                                         Southern District of New York