

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th floor*
*New York, New York 10278*

November 19, 2025

<u>**VIA ECF**</u>

Honorable Margaret M. Garnett
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Request GRANTED. The Clerk of Court is respectfully directed to terminate Dkt. No. 69. SO ORDERED.

Dated: November 19, 2025

Re:   *United States v. Luigi Nicholas Mangione*, 25 Cr. 176 (MMG)

Dear Judge Garnett:

The Government writes to respectfully request permission to file an oversized brief in response to the defendant's pending motions. As the Court is aware, on September 18, 2025, the defendant sought, and received, permission to file an oversized brief in support of his Motion Challenging the Constitutionality of the Death Penalty. (Dkt. No. 49). Subsequently, on October 9, 2025, the defendant again moved for, and was granted, leave to file an oversized brief in connection with his Motion to Dismiss Counts Three and Four and to Suppress Evidence and Statements. (Dkt. No. 57).

In light of the scope and breadth of the defendant's multiple filings, the Court granted the Government permission to file a single consolidated response addressing all of the defendant's arguments. The filing deadline for the Government's brief is Friday, November 21, 2025. Given the number, complexity, and length of the issues raised across the defendant's submissions, the Government's omnibus response will necessarily exceed the Court's ordinary limits of 8,750 words and 25 pages.

Accordingly, the Government respectfully requests leave to file an oversized omnibus opposition brief consisting of up to 120 pages. Defense counsel does not object to the Government's request.

Respectfully submitted,

SEAN S. BUCKLEY
Attorney for the United States Attorney
Acting Under Authority Conferred by
28 U.S.C. § 515

By: _____/s/_____
Dominic A. Gentile / Jun Xiang
Alexandra Messiter / Thomas John Wright
Assistant United States Attorneys
(212) 637-2200

cc: Counsel of Record (Via ECF)