# GX 1
# ELECTRONIC FILE – BWC (Frye)