# GX 2
# ELECTRONIC FILE – BWC (Wasser)