# GX 3
# ELECTRONIC FILE – BWC (Wasser)