**GX 4**

Altoona Police Department

# Incident Report

## Incident 2024-29133

## Supplements

3) **Wasser Supp**  *Date Reported:* 12/09/2024

*Prepared By:* Wasser, Christy, H.  *Reviewed By* Thompson, Dusten, M.  *Reviewed By:* 12/16/2024

On 12/09/2024 at 0914 hrs., I Ptlm Wasser responded to Plank Rd McDonalds to assist other officers for a suspicious person. Once on scene and the man was placed under arrest for false ID, I did a brief search of his backpack for safety due to the severity of the arrest. Inside his back pack, I located a loaded magazine wrapped in a pair of gray underwear. I did a quick search and was certain there was no explosives. I gathered his back pack, secured it in my vehicle, and took all his belongings to APD. At APD with Deputy Chief Swope, I located a ghost gun with a magazine inside it. It did not have one in the chamber. I made the weapon safe and placed the magazine with the gun in an evidence box. I then located a silencer, several computer chips and a red notebook with writings inside. There were several pieces of wet clothing also balled up together. All evidence was the taken into the evidence room and separated for a photo. His belongings were secured with Ptlm Featherstone.