**GX 7**

| Commonwealth of Pennsylvania | | AFFIDAVIT OF PROBABLE CAUSE |
|---|---|---|
| COUNTY OF Blair | | |
| Docket Number (Issuing Authority): | Police Incident Number: 2024-29133 | Warrant Control Number: |

**PROBABLE CAUSE BELIEF IS BASED UPON THE FOLLOWING FACTS AND CIRCUMSTANCES:**

At APD Mangione was again searched incident to arrest and the backpack was inventoried for all items at station in accordance with APD policy. The list of the inventory of Mangione's person and property is as follows:
- Red Notebook
- 11 handwritten notes
- Homemade Silencer
- 9mm handgun with 3D printed handle
- US passport and Maryland ID
- 3 Debit/credit cards all belonging to Mangione
- One 9mm Glock magazine with 12 rounds
- US Currency $7,807 and $1,620 in foreign currency
- AAA Batteries, wired headphones, 32 GB Sandisk
- Polaroid Digital Camera, mini hard drive, USB
- Personal items- medical mask, watch, pen, flashlight, $00.67
- USB found in wallet
- USB on necklace (worn during arrest)
- CVS receipt from 200 E Plank Rd
- Three USBs and mini sim card
- Pocket knife, screw driver, baggies and zipties
- laptop (Macbook)
- iPhone in faraday bag
- Backpack (black)
- Clothing

I, AFFIANT, BEING DULY SWORN ACCORDING TO LAW, DEPOSE AND SAY THAT THE FACTS SET FORTH IN THE AFFIDAVIT ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

Affiant Signature   Date: 12-8-24   Issuing Authority Signature   Date: 12/9/24   (SEAL)

Page 2 of 4 Pages