**MOSKOWITZ COLSON**
**GINSBERG SCHULMAN**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/10/25

December 8, 2025

**By ECF**
Hon. Margaret M. Garnett
U.S. District Judge
U.S. Courthouse
40 Foley Square
New York, N.Y. 10007

Request GRANTED. Defendant's consolidated reply brief is due **December 19, 2025.** SO ORDERED.

Dated December 9, 2025.

Re: U.S. v. Luigi Mangione
25 Cr. 176 (MMG)

Dear Judge Garnett:

This letter is respectfully submitted on behalf of the defendant Luigi Mangione, to request a one week extension of time to file an omnibus reply brief related to the defense motions currently pending before the Court in this case. The reply brief is currently due on December 12 and if the Court grants the extension, it will be filed on or before December 19, 2025. The extension is necessary to allow sufficient time for Mr. Mangione's lead trial counsel, Karen Friedman Agnifilo and Marc Agnifolo, who are currently participating in a lengthy suppression hearing before Justice Caro in Supreme Court, New York County, on Mr. Mangione's state case, to participate in the drafting of the reply brief.

We have discussed this matter with counsel for the Government and they have advised that they have no objection to the requested extension. The parties agree that if the Court grants the extension, the pretrial conference on January 9, 2026, should proceed as scheduled.

Thank you in advance for your consideration of this request.

Respectfully submitted,

*avraham moskowitz*

Avraham C. Moskowitz

cc: All counsel of record (by ECF)