# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> *Plaintiff* ) <br> v. ) <br> LUIGI NICHOLAS MANGIONE, ) <br> *Defendant* ) | Case No. 25 Cr. 176 (MMG) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Luigi Mangione.

Date: 12/31/2025

*Attorney's signature*

Eylan Schulman/ ES9955
*Printed name and bar number*

Moskowitz Colson Ginsberg & Schulman
80 Broad St., Suite 1900
New York, NY 10004

*Address*

eschulman@mcgsllp.com
*E-mail address*

(212) 257-6410
*Telephone number*

*FAX number*