AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| UNITED STATES OF AMERICA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 25 Cr. 176 (MMG) |
| LUIGI NICHOLAS MANGIONE | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Luigi Mangione.

Date: 12/31/2025

/s/ Christopher Neff
*Attorney's signature*

Christopher Neff
*Printed name and bar number*

Moskowitz Colson Ginsberg & Schulman
80 Broad St., Suite 1900
New York, NY 10004
*Address*

cneff@mcgsllp.com
*E-mail address*

(212) 257-6455
*Telephone number*

*FAX number*