UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

UNITED STATES OF AMERICA,

                                                              **MOTION FOR ADMISSION**
                                                              **PRO HAC VICE**
               -against-

                                                                  25 Cr. 176 (MMG)

LUIGI MANGIONE,

                                      Defendant.

------------------------------------------------------------------------ x

      Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Paresh Patel hereby moves this Court for an Order for admission to practice *Pro Hac Vice* to appear as special counsel for Luigi Mangione at the conference scheduled for January 9, 2026.

      I am in good standing of the Bars of the States of Maryland, West Virginia and Washington, D.C., and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

      I have attached the affidavit pursuant to Local Rule 1.3.

                                                             Respectfully submitted,

                                              Applicant Signature: /s/ *Paresh Patel*
                                              Applicant's Name: **PARESH PATEL**
                                              Firm Name: **FEDERAL PUBLIC DEFENDER FOR THE DISTRICT OF MARYLAND**
                                              Address: 6411 Ivy Lane, Suite 710
                                              City/State/Zip: Greenbelt, MD 20770
                                              Telephone: (301) 344-0600
                                              E-mail: Paresh_Patel@fd.org