

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

January 29, 2026

**VIA ECF**

Honorable Margaret M. Garnett
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Luigi Nicholas Mangione*, 25 Cr. 176 (MMG)

Dear Judge Garnett:

    Pursuant to the Court's instruction at the January 23, 2026 evidentiary hearing, the parties have conferred regarding the use of a jury questionnaire and the timing of its administration, including its effect on jury selection, which is scheduled to begin on September 8, 2026. The parties are in agreement that a jury questionnaire is necessary in this case regardless of whether it ultimately proceeds as a capital matter given the extraordinary media attention and publicity surrounding this case.

    The parties therefore jointly propose the following schedule governing the submission, briefing, and administration of juror questionnaires:

- April 13, 2026:    Exchange of proposed questionnaires between the parties
- May 4, 2026:    Any objections to proposed questionnaires
- May 18, 2026:    Oppositions to objections
- June 1, 2026:    Replies (if any)
- June 15, 2026:    In-person distribution and preparation of approved questionnaires to summoned jurors at courthouse

    This proposed schedule will provide the parties with a meaningful period of time to review and assess the completed questionnaires submitted by individual members of the jury pool to identify prospective jurors who should be excused for cause, and to prepare for the exercise of

each side's peremptory challenges. The parties respectfully submit that this timeline will promote an orderly and efficient jury selection process in a case of this complexity and public profile.

Respectfully submitted,

SEAN S. BUCKLEY
Attorney for the United States Attorney
Acting Under Authority Conferred by
28 U.S.C. § 515

By:            /s/
Dominic A. Gentile
Jun Xiang
Alexandra S. Messiter
Thomas John Wright
Assistant United States Attorneys
(212) 637-2567 / 2295 / 2544 / 2289

cc: Counsel of record (Via ECF)