```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/3/2026
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                      :

UNITED STATES OF AMERICA          :

        -v-               :          25-CR-00176 (MMG)

LUIGI NICHOLAS MANGIONE,     :          SCHEDULING ORDER

        Defendant(s).    :

------------------------------------------------------------------X

MARGARET M. GARNETT, United States District Judge:

As discussed at the January 30, 2026 conference, the schedule for jury selection, pre-trial materials, motions and appearances shall be as follows:

- April 13, 2026 – Parties to exchange proposed questionnaires and confer.

- May 4, 2026 – Parties to submit their proposed questionnaire(s) to the Court.

- May 11, 2026 – Parties to file objections, if any, to each other's proposed questionnaires.

- May 26, 2026 – Oppositions to objections due.

- June 11, 2026 – Court to provide proposed final questionnaire to counsel.

- June 15, 2026 – Conference at 11:00 a.m. to discuss final questionnaire and jury selection process.

- June 16, 2026 – Government to disclose any expert witnesses to Defendant, pursuant to Rule 16(a)(1)(G).

- Week of June 29 – Jury Department to administer written questionnaire to prospective jurors in a venire of approximately 800.  Government to scan completed questionnaires each day and provide to Court and defense counsel.

- July 16, 2026 – Defense to disclose any expert witnesses to the Government.

- July 17, 2026 – Parties to exchange lists of jurors to be struck for cause based on questionnaires alone and lists of jurors that require follow-up questioning regarding questionnaire answers.

- July 22, 2026 – Parties to confer and submit a list to the Court of jointly stipulated proposed strikes for cause and joint proposed list of jurors who require follow-up questioning regarding their questionnaire answers, as well as separate lists, if necessary, of any additional jurors that only one side seeks to strike for cause or requests follow-up questioning.

- July 31, 2026 at 11:00 am – Conference to rule on stipulated and requested strikes for cause; List of venire for in-person questioning finalized and provided to Jury Department for notification regarding in-person voir dire.

- August 4, 2026 – Motions in Limine due, including any *Daubert* challenges.

- August 18, 2026 – Oppositions to Motions in Limine due (the Court generally does not permit reply on Motions in Limine).

- August 25, 2026 – Proposed Voir Dire, Requests to Charge, and Verdict Form due.

- September 2, 2026 at 11:00 a.m. – Final Pre-Trial Conference.

- September 8, 2026 at 9:30 a.m. – In-person voir dire begins.

- October 13, 2026 – Opening statements; the presentation of evidence begins.

In accordance with the Court's Individual Rules and Practices for Criminal Cases, available at http://nysd.uscourts.gov/judge/Garnett, parties should not submit courtesy copies of any submissions, unless the Court orders otherwise. The proposed *voir dire*, proposed jury instructions, and proposed verdict forms must be e-mailed, in Microsoft Word format, to GarnettNYSDChambers@nysd.uscourts.gov.

SO ORDERED.

Dated: February 3, 2026
New York, New York

MARGARET M. GARNETT
United States District Judge