UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

United States

          Plaintiff,

    -against-

Luigi Mangione

          Defendant.

--------------------------------------------------------

Case No.  25-cr-176

### NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓]    I have cases pending        [ ]    I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Eylan Schulman
_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is: ES9955_____    My State Bar Number is  4319562_____

I am,

[✓]    An attorney
[ ]    A Government Agency attorney
[ ]    A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW),  address, telephone number and fax number):

OLD FIRM:    FIRM NAME:  Moskowitz Colson Ginsberg & Schulman LLP_____
                FIRM ADDRESS: 80 Broad Street, 19th Floor, New York, NY 10004____
                FIRM TELEPHONE NUMBER: (212) 257-6455_____
                FIRM FAX NUMBER: (917) 591-1333_____

NEW FIRM:    FIRM NAME:  Moskowitz Colson Ginsberg & Schulman LLP_____
                FIRM ADDRESS: 1 Battery Park Plaza, 31st Floor, New York, NY 10004
                FIRM TELEPHONE NUMBER: (212) 257-6455_____
                FIRM FAX NUMBER: (917) 591-1333_____

[✓]    I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ]    I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance
       was entered on _____ by Judge_____.

Dated:  February 9, 2026

                              *Eylan Schulman*
                         _____
                         ATTORNEY'S SIGNATURE