# AGNIFILO INTRATER

March 5, 2026

**VIA ECF**
The Honorable Margaret M. Garnett
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

> Request GRANTED. The deadline for the parties to submit their letter to the Court is extended to March 12, 2026, and the filing may be *ex parte* and under seal. The Clerk of Court is respectfully directed to terminate Dkt. No. 115. SO ORDERED.
>
> Dated: March 6, 2026

Re:   *United States v. Mangione*, 25 Cr. 176 (MMG)

Dear Judge Garnett:

    We write in response to this Court's March 3, 2026, Order directing the parties to submit a letter by March 6, 2026, to address whether Avi Moskowitz should continue as "learned counsel" at the public expense given that Mr. Mangione is no longer facing the death penalty. (Dkt. 114: 3/3/26 Order). We write requesting that this Court extend counsel's letter deadline to March 12, 2026, as counsel needs to confer with Mr. Moskowitz who has been on trial in the Eastern District of New York for the past few weeks (but which is expected to end shortly). Additionally, because counsel's letter will detail Mr. Moskowitz's current and potentially future role in Mr. Mangione's defense, counsel seeks permission to file their letter *ex parte* and under seal.

    Thank you for your consideration.

Respectfully submitted,

Karen Friedman Agnifilo