

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

March 21, 2026

**VIA ECF**

Honorable Margaret M. Garnett
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

>   Re:    *United States v. Luigi Nicholas Mangione*, 25 Cr. 176 (MMG)

Dear Judge Garnett:

The Government respectfully submits this letter in response to the defendant's March 18, 2026 motion to continue the current trial schedule. (Dkt. 120). For the reasons that follow, although the Government does not object to reasonable modifications to the juror questionnaire schedule to address the defendant's logistical and scheduling concerns, it opposes the request to adjourn in-person *voir dire* and trial until January 2027.

The concerns identified by the defense can be fully addressed through targeted modifications to the questionnaire process, rather than a wholesale continuance of the trial date in this case. The changed posture of this case further supports that approach. The extended lead time previously adopted by the Court was designed to meet the unique demands of capital litigation—considerations that no longer apply. Against this backdrop, modest adjustments to the timing and sequencing of questionnaire distribution and review would afford defense counsel and the defendant a meaningful opportunity to participate in juror screening, while preserving the *voir dire* and trial dates already set by the Court. Accordingly, if the Court elects to shorten or otherwise adjust the questionnaire schedule to address counsel's practical concerns while maintaining the current trial dates, the Government would not oppose such an adjustment.

The Court has previously indicated that, absent a specific application, it would set a schedule for this case as if it were the only matter pending. (*See* Apr. 25, 2025 Tr. at 12, Dkt. 27). Nothing in the defense letter alters that framework and the Government respectfully submits that the existing September 8, 2026 *voir dire* date and October 13, 2026 trial date—set after careful consideration by the Court—should remain in place. The Government further submits that the public's interest is both substantial and compelling, and is best served by proceeding to trial without delay.

The defense request appears to be informed in substantial part by developments in the defendant's state court case. Nothing, however, about the current state court schedule demands the substantial adjournment requested by the defense. Continuing to maintain to the fullest extent

practicable this Court's existing schedule will avoid uncertainty and serve the public's strong interest in the timely resolution of this prosecution and the Government's ability to proceed efficiently to trial.

The Government stands ready to work with the Court and defense counsel to implement reasonable and achievable adjustments to the juror questionnaire timetable in light of the defendant's concerns. The Government therefore respectfully requests that the Court deny the defendant's motion to continue the federal trial, except to the extent the Court elects to make limited modifications to the questionnaire schedule consistent with this submission. Should the Court wish to hear further from the parties, the Government stands ready to appear at the Court's convenience.

Respectfully submitted,

SEAN S. BUCKLEY
Attorney for the United States Attorney
Acting Under Authority Conferred by
28 U.S.C. § 515

By:  _____/s/_____

Dominic A. Gentile
Jun Xiang
Alexandra S. Messiter
Thomas John Wright
Assistant United States Attorneys
(212) 637-2200

cc: Counsel of record (Via ECF)