UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-                                                  25-CR-00176 (MMG)

LUIGI NICHOLAS MANGIONE,                             ORDER
                          Defendant(s).

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/23/2026

MARGARET M. GARNETT, United States District Judge:

A conference on the pending motion to continue trial is scheduled for Wednesday, April 1, 2026, at 11:00 a.m. in Courtroom 110 of the Thurgood Marshall U.S. Courthouse at 40 Foley Square.

SO ORDERED.

Dated: March 23, 2026
       New York, New York

MARGARET M. GARNETT
United States District Judge