UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___4/2/2026___

-------------------------------------------------------------------------X
    :

UNITED STATES OF AMERICA           :

        -v-         :        25-CR-00176 (MMG)

    :

LUIGI NICHOLAS MANGIONE,         :        SCHEDULING ORDER

    :

        Defendant.    :

    :

-------------------------------------------------------------------------X

MARGARET M. GARNETT, United States District Judge:

In light of the April 1, 2026, decision in the Defendant's state court case to adjourn the state trial to September 8, 2026, and the discussion held with the parties at this Court's earlier April 1, 2026 conference, the Court ORDERS the following schedule for trial in this matter.

This schedule retains the original February 3 Order dates for decisions on the content of jury questionnaires, and sets out the remaining relevant dates for the trial discussed at the April 1 Conference. In addition, Defendant's counsel remain obligated to provide the Court with an *ex parte* status letter on April 24, 2026, as discussed at the *ex parte* conference on April 1. The Court will not entertain any further applications for adjournment of the trial schedule set forth below prior to receiving that letter.

Finally, all counsel are ORDERED to remain available for in-person *voir dire* beginning January 5, 2027, and trial beginning January 25, 2027 through February 12, 2027, unless and until otherwise ordered by this Court, should a further adjournment of the trial become necessary.

- April 13, 2026 – Parties to exchange proposed jury questionnaires and confer.

- May 4, 2026 – Parties to submit their proposed questionnaire(s) to the Court. The form of the proposed questionnaire should be (1) one document that contains the agreed-upon questions, and (2) a document submitted by each party with any additional questions that party is requesting. All three documents should also be emailed to the Court in a Microsoft Word format document, to GarnettNYSDChambers@nysd.uscourts.gov.

- May 11, 2026 – Parties to file objections, if any, to each other's proposed questionnaires.

- May 26, 2026 – Oppositions to objections due.

- June 11, 2026 – Court to provide proposed final questionnaire to counsel.

- June 15, 2026 – Conference at 11:00 a.m. to discuss final questionnaire and jury selection process.

- August 14, 2026 – Government to disclose any expert witnesses to Defendant, pursuant to Rule 16(a)(1)(G).

- September 8-11, 2026 – Jury Department to administer written questionnaire to prospective jurors in a venire of approximately 800. Government to scan completed questionnaires each day and provide to the Court and defense counsel.

- September 11, 2026 – Defense to disclose any expert witnesses to the Government.

- September 11, 2026 – Parties' proposed *voir dire* for in-person jury selection due.

- September 18, 2026 – Parties to exchange lists of jurors to be struck for cause based on questionnaires alone and lists of jurors that require follow-up questioning regarding questionnaire answers.

- September 23, 2026 – Parties to confer and submit a list to the Court of jointly stipulated proposed strikes for cause and joint proposed list of jurors who require follow-up questioning regarding their questionnaire answers, as well as separate lists, if necessary, of any additional jurors that only one side seeks to strike for cause or requests follow-up questioning.

- September 25, 2026 at 11:00 am – Conference to rule on stipulated and requested strikes for cause; List of venire for in-person questioning finalized and provided to Jury Department for notification regarding in-person *voir dire*.

- October 2, 2026 – Motions in Limine due, including any *Daubert* challenges.

- Tuesday, October 13, 2026 at 9:30 a.m. – In-person *voir dire* begins.

- October 16, 2026 – Oppositions to Motions in Limine due (the Court generally does not permit reply on Motions in Limine).

- October 23, 2026 – Proposed Requests to Charge and Verdict Form due.

- Friday, October 30, 2026 at 11:00 a.m. – Final Pre-Trial Conference.

- Wednesday, November 4, 2026 – Opening statements; the presentation of evidence begins.

The proposed *voir dire*, proposed jury instructions, and proposed verdict forms must be e-mailed, in Microsoft Word format, to GarnettNYSDChambers@nysd.uscourts.gov.

SO ORDERED.

Dated: April 2, 2026
New York, New York

_____
MARGARET M. GARNETT
United States District Judge