UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/8/2026

UNITED STATES OF AMERICA,

-v-

LUIGI NICHOLAS MANGIONE,

               Defendant(s).

25-CR-00176 (MMG)

ORDER

MARGARET M. GARNETT, United States District Judge:

The conference in this matter previously scheduled for June 15, 2026, at 11:00 a.m. has been rescheduled to June 15, 2026, at 1:00 p.m. in Courtroom 110 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

SO ORDERED.

Dated: June 8, 2026
New York, New York

MARGARET M. GARNETT
United States District Judge