UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————X

UNITED STATES OF AMERICA

v.

LUIGI MANGIONE,

Defendant
————————————————————X

**25 Cr. 176 (MMG)**

ORDER

Upon the request of the defendant, LUIGI MANGIONE, by his counsel, Karen Friedman Agnifilo, it is hereby

**ORDERED,** that the Bureau of Prisons and the Metropolitan Detention Center ("MDC") accept the following clothing for Luigi Mangione, inmate number 52503-511, in advance of his state court appearance on Tuesday, June 16, 2026:

- 1 suit;
- 1 shirt;
- 1 pair of socks; and
- 1 pair of shoes (without laces)

**IT IS FURTHER ORDERED** that the MDC permit Mr. Mangione to wear such clothing and be transported to Court wearing such clothing on June 16, 2026.

Dated:  June __, 2026

_____
Hon. Margaret M. Garnett
United States District Judge
Southern District of New York