USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__6/29/2026__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA                                          :
                                                                  :
        -v-                                                       :        25-CR-00176 (MMG)
                                                                  :
LUIGI NICHOLAS MANGIONE,                                          :        SCHEDULING ORDER
                                                                  :
                        Defendant.                                :
                                                                  :
------------------------------------------------------------------X

MARGARET M. GARNETT, United States District Judge:

As discussed at the June 29, 2026 conference, the schedule for jury selection, pre-trial materials, motions and appearances shall be as follow:

- October 23, 2026 – Government to disclose any expert witnesses to Defendant, pursuant to Rule 16(a)(1)(G).

- November 16, 2026 – Counsel to confer and submit any additional questions for questionnaire directly to Court.

- November 20, 2026 – Defense to disclose any expert witnesses to the Government.

- November 20, 2026 at 11:30 a.m. – Conference re: jury questionnaire, if needed.

- December 1-4, 2026 – Jury Department to administer written questionnaire to prospective jurors in a venire of approximately 800.  Government to scan completed questionnaires each day and provide to Court and defense counsel.

- December 4, 2026 – Motions in Limine due, including any *Daubert* challenges.

- December 11, 2026 – Parties to exchange lists of jurors to be struck for cause based on questionnaires alone and lists of jurors that require follow-up questioning regarding questionnaire answers.

- December 15, 2026 – Parties to confer and submit a list to the Court of jointly stipulated proposed strikes for cause and joint proposed list of jurors who require follow-up questioning regarding their questionnaire answers, as well as separate lists, if necessary, of any additional jurors that only one side seeks to strike for cause or requests follow-up questioning.

- December 18, 2026 at 11:00 am – Conference to rule on stipulated and requested strikes for cause; List of venire for in-person questioning finalized and provided to Jury Department for notification regarding in-person voir dire.

- December 22, 2026 – Oppositions to Motions in Limine due (the Court generally does not permit reply on Motions in Limine).

- January 4, 2027 – Proposed Requests to Charge and Verdict Form due.

- Tuesday, January 5, 2027 at 9:30 a.m. – In-person voir dire begins.

- Wednesday, January 20, 2027 at 2:00 p.m. – Final Pre-Trial Conference.

- Monday, January 25, 2027 – Opening statements; the presentation of evidence begins.

SO ORDERED.

Dated: June 29, 2026
     New York, New York

                                MARGARET M. GARNETT
                                United States District Judge