

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

August 11, 2026

<u>**VIA ECF**</u>

Honorable Margaret M. Garnett
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

  Re: *United States v. Luigi Nicholas Mangione*, **25 Cr. 176 (MMG)**

Dear Judge Garnett:

  The parties write jointly to request a conference with the Court. Based on communications with Chambers, we understand that the Court is available to hold the conference on Friday, August 14, 2026, at 11:00 a.m.

       Respectfully submitted,

       JAMES M. McDONALD
       United States Attorney
       Southern District of New York

    By:     /s/

       Dominic A. Gentile
       Jun Xiang
       Alexandra S. Messiter
       Thomas John Wright
       Assistant United States Attorneys
       (212) 637-2200

cc: Counsel of Record (Via ECF)